UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-27-TRM-CHS-01 |
| | ) | |
| | ) | |
| RODNEY L. SUMMERS | ) | |

## MEMORANDUM AND ORDER

RODNEY L. SUMMERS ("Defendant") initially appeared for a hearing on June 26, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition"). Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel Doc. 34]. Federal Defender Services of Eastern Tennessee was appointed to represent Defendant [Doc. 35]. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

Upon motion of the Government that Defendant be detained without bail pending his revocation hearing set July 28, 2017 at 2:00 p.m. before U.S. District Judge Travis R. McDonough, Defendant requested both a preliminary hearing and detention hearing and time to prepare for both hearings, which were scheduled on June 29, 2017. Defendant was temporarily detained until his detention hearing.

### Preliminary Examination and Detention Hearing Proof

The Government called U.S. Probation Officer Shaquana Kennedy as a witness to testify about the factual allegations set forth in the Petition and related matters. Defendant called two witnesses to address certain events referenced in the Petition. Both parties presented their respective arguments, which were fully considered by the Court.

### Findings

(1)    As stated in more detail in the hearing held June 29, 2017, the undersigned finds there is probable cause to believe Defendant has committed a violation of a condition of his supervised release.

(2) Without objection, the detention hearing was continued to July 6, 2017 at 2:00 p.m. at the request of Defendant.

### **Conclusions**

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge McDonough on July 28, 2017 at 2:00 p.m.

(2) The U.S. Marshal shall transport Defendant to the continuance of the detention hearing which will be held before the undersigned **on July 6, 2017 at 2:00 p.m.** Defendant shall remain temporarily detained until the completion of the detention hearing.

(3) If Defendant is detained, the U.S. Marshal shall transport Defendant to the revocation hearing set before **District Judge McDonough on July 28, 2017 at 2:00 p.m**.

SO ORDERED.

ENTER.

                                          s/ *Susan K. Lee*
                                          SUSAN K. LEE
                                          UNITED STATES MAGISTRATE JUDGE